ENTERED ON DOCKET
MAY 18 2007

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 02-74350 |
| APYRON TECHNOLOGIES, INC., | : | |
| | : | CHAPTER 11 |
| Debtor. | : | JUDGE MASSEY |
| | : | |
| S. GREGORY HAYS, Chapter 11 Trustee for APYRON TECHNOLOGIES, INC., | : | |
| Objector, | : | |
| vs. | : | CONTESTED MATTER |
| LESLIE J. STORY, | : | |
| Claimant. | : | |

## AMENDED CONSENT ORDER

IT APPEARING that upon the Request of Leslie J. Story (the "Claimant") for Allowance of Payment of Chapter 11 Administrative Expense (collectively, the "COA Claim"), the Objection (the "Claim Objection") to the COA Claim filed by S. Gregory Hays, Chapter 11 Trustee (the "Trustee") (collectively, the Trustee and the Claimant are the "Parties") for the Chapter 11 bankruptcy estate (the "Estate") of Apyron Technologies, Inc., debtor (the "Debtor"), and Response (the "Response") of Claimant to the Claim Objection (collectively, the COA Claim, the Claim Objection, and the Response are the remaining pleadings in this "Contested Matter"), having been filed in the Chapter 11 bankruptcy proceeding (the "Proceeding") of the Debtor, the Parties having jointly requested that this Court enter a consent order (the "Consent Order") with regard to the above-captioned contested matter (the "Contested Matter"), which was entered by this Court on or about April 20, 2007, and the Parties having requested that the

Court enter this Amended Consent Order (the "Amended Consent Order"), which is to supplant and replace in all respects the previous Consent Order entered by this Court in this Contested Matter. Accordingly, for good cause shown, and upon consent of the Parties as hereby evidenced, it is hereby **ORDERED**,

1. Claimant shall be allowed a $42,600.00 claim (the "DIP Lender Claim") in the Proceeding for the postpetition DIP loan made by Claimant to the Debtor, with priority as set forth in the previous Order of this Court of August 21, 2003 (the "Cash Collateral Order"), and on par with all other DIP Lenders pursuant to the Cash Collateral Order;

2. Claimant shall be allowed an administrative expense claim in the Proceeding in the amount of $8,996.28 pursuant to 11 U.S.C. §503(b) as reimbursement by the Debtor of postpetition expenses incurred by the Claimant (the "Expense Claim");

3. Claimant shall be allowed an additional administrative expense claim in the Proceeding in the amount of $150,000.00 pursuant to 11 U.S.C. §503(b) as reimbursement of unpaid postpetition compensation as the former Chief Operating Officer of the Debtor (the "Compensation Claim");

4. Claimant shall cooperate fully with reasonable requests of the Debtor and/or the Trustee to resolve the remaining issues in the Proceeding, including, but not limited to: the dispute as between the Committee of Unsecured Creditors and the Investors/Secured Creditors; the completion of the purchase of the assets of the Estate of the Debtor by Streamline; and the closing of the Estate and distribution of proceeds in the Estate and/or common shares of stock in Streamline to creditors of the Debtor; PROVIDED HOWEVER, that nothing herein shall be construed to

require Claimant to waive or forgo the assertion of any rights in matters which Claimant deems important to his own interest or that of Streamline Capital.

5. The Trustee shall hereby be deemed to have withdrawn the Claim Objection filed by the Trustee to the COA Claim, except to the extent that the COA Claim is hereby amended, modified, and allowed.

6. This Amended Consent Order shall replace the Consent Order previously entered by this Court in all respects, effective and relating back to April 20, 2007.

**IT IS SO ORDERED,**

At Atlanta, Georgia this 17th day of May, 2007.

James E. Massey
United States Bankruptcy Judge

**Prepared and presented by:**

JAMES C. FRENZEL, P.C.
Counsel for S. Gregory Hays, Chapter 11 Trustee for
Apyron Technologies, Inc., Debtor

/s/ James C. Frenzel
James C. Frenzel
Georgia Bar No. 276830
Gwendolyn J. Phillips
Georgia Bar No. 153004
3343 Peachtree Road, N.E., Suite 155
Atlanta, Georgia 30326
(404) 266-9961

**Consented to by:**

GIBSON, DEAL and FLETCHER, P.C.
Attorneys for Claimant, Leslie J. Story

By: //s// John W. Gibson
John W. Gibson
Georgia Bar No. 292950
William A. Fletcher, Jr.
Georgia Bar No. 264187
3953 Holcomb Bridge Road
Suite 200
Norcross, Georgia 30092
(770) 263-7200